FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Eufemia G. Williams**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR(S): (H) **Eufemia G. Williams**    S.S.# **xxx-xx-8346**
(W)    S.S.#

ADDRESS: **4446 Mayo Avenue**
**Memphis, TN 38128**

PLAN PAYMENT: Debtor(s) to pay $ **200.00**    (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION: **NO**    OR (X) DIRECT PAY
BECAUSE: *Direct Pay- Due to Nature of Debtors Employment
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT: **MIFA**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**-NONE-**    Ongoing pmt. Begin **N/A**    $ **N/A**
Approx. arrearage **N/A**    Interest **N/A** %    $ **N/A**

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| Creditor | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Conns Credit Corp** | $ **4,000.00** | **0.00** % | $ **65.00** |
| **Title Max** | $ **2,000.00** | **0.00** % | $ **34.00** |
| **Title Max** | $ **1,100.00** | **0.00** % | $ **18.00** |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$21,882.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
**-NONE-**:
**Assumed Leases**
**American Car Center**: **2012 Nissan Altima- Assume Lease Payments**
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:    **Allen C. Jones**
**Allen C. Jones**
**314 Poplar Avenue**
**Memphis, TN 38103**
**901-522-9316**